IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | * |
| | *   Chapter 13 |
| MIA M. GILBERT | *   Case No. 06-30030 |
| | * |
| Debtor | * |

## RESPONSE TO TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN

COMES NOW the Debtor(s), by and through attorney, and in response to the motion to modify debtor(s) plan would state as follows:

1. The Debtor's plan has been amended to lower payments to $238.00 semi-monthly with a $10,180.00 POT due to new employment with higher insurance premiums.

2. The debtor proposes to pay $238.00 semi-monthly to the Trustee.

Respectfully submitted this day: August 30, 2010.


/s/ Richard D. Shinbaum
RICHARD D. SHINBAUM


Of Counsel:
Shinbaum, McLeod & Campbell, P.C.
Post Office Box 201
Montgomery, AL 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: August 30, 2010.

Hon. Curtis C. Reding
Chapter 13 Trustee

/s/ Richard D. Shinbaum
RICHARD D. SHINBAUM